Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

\_\_\_\_ Florence_____ Division

OVERCASH WILLIAM O

)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ✔ Yes ☐ No

-v-

MCLEOD HEALTH INC, GWINN ADAM K, et al.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

JAN 23 '26 PM 1:41
RCV'D - USDC FLO SC

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William Overcash |
| Address | 3155 Hall Rd |
| City | Conway |
| State | SC |
| Zip Code | 29526 |
| County | Horry |
| Telephone Number | 843 504-6267 |
| E-Mail Address | billyovercash@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mcleod Health Inc |
| Job or Title *(if known)* | Health care system / hospital service |
| Address | 555 Cheves St |
| City | Florence |
| State | SC |
| Zip Code | 29506 |
| County | Florence |
| Telephone Number | 843-777-2000 |
| E-Mail Address *(if known)* | Unknown |

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Carolina Forest Surgery Center |
| Job or Title *(if known)* | Outpatient surgical / medical facility |
| Address | 116 Gateway Corporate Blvd |
| City | Myrtle Beach |
| State | SC |
| Zip Code | 29579 |
| County | Horry |
| Telephone Number | 843-777-2000 |
| E-Mail Address *(if known)* | Unknown |

☐ Individual capacity     ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: Adam K Gwinn
- Job or Title *(if known)*: CNRA
- Address: 119 Cockle Shell court
- City: Pawleys Island
- State: SC
- Zip Code: 29585
- County: Georgetown
- Telephone Number: 843 861-2548
- E-Mail Address *(if known)*: Unknown

[✔] Individual capacity  [ ] Official capacity

Defendant No. 4
- Name: See attached list A
- Job or Title *(if known)*:
- Address:
- City:
- State:
- Zip Code:
- County:
- Telephone Number:
- E-Mail Address *(if known)*:

[ ] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
14th Amendment due process of law, 14th Amendment right to bodily integrity and personal security, 14th Amendment Right Two be free from arbitrary and reckless government, 8th and 14th Amendment protection against deliberate indifference, Right of access to complete and accurate medical records, Rite to petition for redress of grievance without retaliation

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

15 (Rev. 12/16)         of    Rights
(non-Prisoner)

D.

Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation custom or usage, of any State or Territory or the District of Columbia " 42 U.S.C. § 1983. If you are suing under section 1983 explain how each defendant acted under color of state or local law If you are suing under *Bivens* explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defenders acted under the color of state law by participating in and performing medical care within a state-licensed state regulated and federally funded health care system. Defendants were authorized licensed and empowered by the State to provide medical services to the public and exercise that authority during the events described

## III. Statement of claims

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph Attach additional pages if needed

A.

Where did the events giving rise to your claim(s) occur?
Carolina forest surgery center, 116 Gateway Corporate Blvd Myrtle Beach SC 29579

B.

What date and approximate time did the events giving rise to your claim(s) occur?
09/17/2025 Between 11:09 AM and 01:43 PM

C.

What are the facts underlying your claim(s)? (*For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*)

See attached- B underlying claims

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

### IV.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff sustained significant neck and back injury as a result of the incident described above. Including severe neck pain, back pain, and neurological symptoms. Plaintiff had known prior cervical and spinal injuries inexplicably worn medical staff of these conditions before the incident.

During the event Plaintiff experiences extreme pain with his neck when it was forcibly manipulated. Plaintiff immediately suffered worsened pain and physical distress and continues to experience chronic pain, sleep disturbance, decreased motor skills, and limitations in daily activities.

Plaintiff required immediate medical evaluation for possible spinal and cervical injury, Including diagnostic imaging such as MRI or CT scans, neurological assessment, and protective immobilization. These medical measures were not provided. Plaintiff was not given emergency imaging, was not immobilized, and was not provided appropriate follow-up care at the time of discharge.

### V.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Order declaratory relief declaring that the Defendants actions violated the plaintiff's constitutional and civil rights

2. Enter a judgment in favor of the plaintiff and against defendants.

3. Plant request compensatory Damages for physical pain medical expenses emotional distress and loss of quality of life and the amount of $1 million

4. Plan of Request punitive damages in the amount of $5 million to address and deter the conduct described above.

5. Order injunctive relief. (non-emergency)
   * Cease unlawful practices described in the complaint
   * Correct internal policies and procedures that allowed the misconduct
   * Preserve and disclose all medical records and communications related to Plaintiff

6. Order the identification of Jane Doe Defendant and permit amendment of the incomplete once identification is confirmed.

7. Grant such other in further relief as the court deemed just, proper, and equitable.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1, 23 2026

Signature of Plaintiff: *William Overcash*

Printed Name of Plaintiff: WILLIAM O OVERCASH

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
                City        State        Zip Code
Telephone Number: _____
E-mail Address: _____